UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CUBA EUGENE HOPSON, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES PAROLE COMMISSION, <br><br> Respondent. | Case No. 06-cv-212-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Cuba Eugene Hopson's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed without prejudice.


**DATED:  December 14, 2007**        NORBERT JAWORSKI

                                                                      **s/Vicki McGuire**
                                                                      **Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**